UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUN 21 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

DE'ANDRE M. LOGAN and
WILLIAM EARL YOUNG,

Defendants.

)
)
)
)
)
)
)
)
)
)
)

# 4:18CR542 AGF/DDN

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 18, 2018, in the City of St. Louis, within the Eastern District of

Missouri,

### DE'ANDRE M. LOGAN and
### WILLIAM EARL YOUNG,

the Defendants herein, acting together with persons known and unknown to the Grand Jury, with

intent to cause death and serious bodily harm, did take from the person and presence of another,

by force, violence, and intimidation, a motor vehicle, that is, a 2013 Kia Soul, Vin #

KNDJT2A56D7620401, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under

Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about January 18, 2018, in the City of St. Louis, within the Eastern District of

Missouri,

**DE'ANDRE M. LOGAN and**
**WILLIAM EARL YOUNG,**

the Defendants herein, acting together with persons known and unknown to the Grand Jury,

knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which

they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18,

United States Code, Section 2119, as set forth in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under

Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about January 18, 2018, in the City of St. Louis, within the Eastern District of

Missouri,

**DE'ANDRE M. LOGAN and**
**WILLIAM EARL YOUNG,**

the Defendants herein, acting together with persons known and unknown to the Grand Jury, with

intent to cause death and serious bodily harm, did take from the person and presence of another,

by force, violence and intimidation, a motor vehicle, that is, a 2002 Toyota Camry, Vin #

4T1BE32K52U529462, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, punishable under Title

18, United States Code, Section 2119(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about January 18, 2018, in the City of St. Louis, within the Eastern District of

Missouri,

**DE'ANDRE M. LOGAN and**

**WILLIAM EARL YOUNG,**

the Defendants herein, acting together with persons known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count Three.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FIVE

The Grand Jury further charges that:

On or about January 18, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**DE'ANDRE M. LOGAN and**
**WILLIAM EARL YOUNG,**

the Defendants herein, acting together with persons known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence and intimidation, a motor vehicle, that is, a 2010 Mercedes 300, VIN# WDDGF8BB7AR100237, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, punishable under Title 18, United States Code, Section 2119(1).

## COUNT SIX

The Grand Jury further charges that:

On or about January 18, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**DE'ANDRE M. LOGAN and**

**WILLIAM EARL YOUNG,**

the Defendants herein, acting together with persons known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count Five.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
PAUL J. D'AGROSA #36966MO
Assistant United States Attorney